FILED
10/13/16 2:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No.: 15-11068-TPA |
| | : | Chapter: 13 |
| William M. Nash | : | |
| | : | |
| | : | Date:  10/11/2016 |
| *Debtor(s).* | : | Time:  12:30 |

**PROCEEDING MEMO**

*MATTER:*   #2 Contested Plan Dated 10/05/15.

*APPEARANCES:*

|  | |
|---|---|
| Debtor: | Fred W. Freitag |
| Trustee: | Ronda J. Winnecour |
| Quicken Loans: | Andrew Gornall (no appearance) |

*NOTES:*

Winnecour:   No payments made.  I am holding $2,889.

*OUTCOME:*   Case dismissed w/o prejudice.  Counsel fees granted in 2 weeks if no objection.
Chambers to issue Order.

vas