IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
10/14/16 3:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

WILLIAM M. NASH,  :  Case No. 15-11068-TPA
                  :  Chapter 13
    *Debtor*      :  Related to Document No. 2

## ORDER

On October 11, 2016, a hearing was held on the Debtor's contested **Plan dated October 5, 2015**. At said hearing the Trustee advised that the Debtor has not made a Plan payment since April, 2016. Counsel for the Debtor, Fred W. Freitag, Esq., requested that his fees in the amount of $3,000 be paid from the funds the Trustee is currently holding which are in the approximate amount of $2,889. Therefore,

*AND NOW*, this **14th** day of **October, 2016**, it is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) The Trustee's oral *Motion for Dismissal of the Case* without prejudice is hereby **GRANTED** effective **October 28, 2016**.

(2) *As of October 27, 2016*, the Chapter 13 Trustee is authorized to make payment of all moneys she is currently holding for payment of counsel fees requested by Atty. Fred W. Freitag unless the Debtor files an objection to the same prior to that date, at which time a hearing will be scheduled.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
    Chapter 13 Trustee
    Debtor
    Fred W. Freitag, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:
William M. Nash
     Debtor

Case No. 15-11068-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1    User: lfin    Page 1 of 1    Date Rcvd: Oct 14, 2016
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2016.
db         +William M. Nash,    4565 Hannon Road,    Erie, PA 16510-4760

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                            TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2016                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2016 at the address(es) listed below:
           Andrew F Gornall    on behalf of Creditor    Quicken Loans Inc. agornall@goldbecklaw.com,
            bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
           Fred W. Freitag, IV    on behalf of Debtor William M. Nash Zekep@mcelrathlaw.com,
            sharlam@mcelrathlaw.com
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                             TOTAL: 4