Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **William M. Nash** | : | Case No. 15−11068−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this **28th day of October, 2016,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                              Case No. 15-11068-TPA
William M. Nash                                                     Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-1          User: vson                 Page 1 of 1             Date Rcvd: Oct 28, 2016
                              Form ID: 309               Total Noticed: 19
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2016.
db             +William M. Nash,    4565 Hannon Road,    Erie, PA 16510-4760
14117632       +Creditech/Cbalv,    Attn:Collections,    Po Box 99,    Bangor, PA 18013-0099
14117633       +Erie County DRS,    140 W 6th St Rm 6h,    Erie, PA 16501-1032
14117634       +First Energy,    1684 Woodland Drive,    Suite 15,    Maumee, OH 43537-4093
14117635       +Mrs Bpo Llc,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
14117636       +Penn Credit,   916 S 14th St,    Harrisburg, PA 17104-3425
14117638       +Penn Electric,    2888 Johnstown Road,    Columbus, OH 43219-1772
14117641       +Sunrise Credit Service,    234 Airport Plaza Blvd S,    Farmingdale, NY 11735-3938
14117643       +Trac/cbsd,   Po Box 6500,    Sioux Falls, SD 57117-6500
14117644        Tractor Supply Co.,    P.O. Box 689182,    Des Moines, IA 50368-9182
14117646       +Widget Financial,    2154 E Lake Rd,    Erie, PA 16511-1140

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14117631        EDI: CINGMIDLAND.COM Oct 29 2016 01:43:00      AT & T Mobility,    1801 Valley View Lane,
                 Dallas, TX 75234-8906
14185291       +EDI: CINGMIDLAND.COM Oct 29 2016 01:43:00      AT&T Mobility II LLC,    %AT&T SERVICES INC.,
                 KAREN A. CAVAGNARO LEAD PARALEGAL,    ONE AT&T WAY, SUITE 3A104,    BEDMINSTER, NJ 07921-2693
14123174        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 29 2016 04:21:42
                 Pennsylvania Department of Revenue,    Bankruptcy Division  PO Box 280946,
                 Harrisburg PA  17128-0946
14117639       +EDI: RESURGENT.COM Oct 29 2016 01:43:00      Pinnacle Credit Service,    Attn: Bankruptcy,
                 Po Box 640,    Hopkins, MN 55343-0640
14129998       +E-mail/Text: bankruptcyteam@quickenloans.com Oct 29 2016 04:22:26       Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
14117640       +E-mail/Text: bankruptcyteam@quickenloans.com Oct 29 2016 04:22:26       Quickn Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
14117642        E-mail/Text: DL-ICOMSBankruptcy@charter.com Oct 29 2016 04:22:31       Time Warner Cable,
                 3627 Zimmerman Rd.,    Erie, PA 16510-2642
14117645       +EDI: VERIZONWIRE.COM Oct 29 2016 01:43:00      Verizon Wireless,    P.O. Box 3397,
                 Bloomington, IL 61702-3397
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Quicken Loans Inc.
14117637*      +Penn Credit Corporation,    916 S 14th St,    Harrisburg, PA 17104-3425
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2016                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 28, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Quicken Loans Inc. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Fred W. Freitag, IV    on behalf of Debtor William M. Nash Zekep@mcelrathlaw.com,
               sharlam@mcelrathlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```