**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>WILLIAM M. NASH<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:15-11068 TPA<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 10/05/2015 and confirmed on 01/01/1900 . The case was subsequently (E)DISMISSED PRIOR TO CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 3,000.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 3,000.00 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,889.00 | |
|    Trustee Fee | 111.00 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,000.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   WIDGET FEDERAL CREDIT UNION F/K/A TH | 6,224.39 | 0.00 | 0.00 | 0.00 |
|     Acct: 9015 | | | | |
|   QUICKEN LOANS INC | 16,594.08 | 0.00 | 0.00 | 0.00 |
|     Acct: 5290 | | | | |
| | \*\*\*N O N E\*\*\* | | | |
| **Priority** | | | | |
|   FRED W FREITAG IV ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM M. NASH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KEYSTONE LEGAL SOLUTIONS LLC | 3,000.00 | 2,889.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ERIE COUNTY DOMESTIC RLTNS\*\* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1374 | | | | |
|   PA DEPARTMENT OF REVENUE\* | 1,995.50 | 0.00 | 0.00 | 0.00 |
|     Acct: 4613 | | | | |
|   QUICKEN LOANS INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5290 | | | | |

| 15-11068 TPA | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | |
|   QUICKEN LOANS INC | 1,075.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5290 | | | | |
| | * * * N O N E * * * | | | |
| Unsecured | | | | |
|   CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6732 | | | | |
|   MRS BBO LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1271 | | | | |
|   PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6787 | | | | |
|   PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2614 | | | | |
|   PINNACLE CREDIT SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0792 | | | | |
|   AT & T MOBILITY II LLC | 912.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4613 | | | | |
|   TRAC CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0136 | | | | |
|   TRACTOR SUPPLY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   WIDGET FINANCIAL** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0009 | | | | |
|   PA DEPARTMENT OF REVENUE* | 466.14 | 0.00 | 0.00 | 0.00 |
|     Acct: 4613 | | | | |
| | * * * N O N E * * * | | | |

TOTAL PAID TO CREDITORS                                                                                                  0.00

    TOTAL CLAIMED
    PRIORITY               3,070.50
    SECURED             22,818.47
    UNSECURED       1.378.14

Date: 12/07/2016

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com