### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: William M. Nash<br>            Debtor(s) | CHAPTER 13<br><br>BKY. NO. 15-11068 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

   Kindly enter my appearance on behalf of Quicken Loans Inc., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 5290


                                        Respectfully submitted,


                                        **/s/ James C. Warmbrodt, Esquire**
                                        James C. Warmbrodt, Esquire
                                        jwarmbrodt@kmllawgroup.com
                                        Attorney I.D. No. 42524
                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106
                                        Phone: 215-825-6306
                                        Fax: 215-825-6406
                                        Attorney for Movant/Applicant